**DIRECTV INCORPORATED,**
Plaintiff—Appellee,

v.

**Jay JONES, Defendant—Appellant,**

and

**Ron Carolina, Defendant.**

No. 05–1361.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 10, 2005.

Decided Sept. 16, 2005.

Jay Jones, Appellant pro se. Howard Robert Rubin, Sonnenschein, Nath & Rosenthal, LLP, Washington, D.C., for Appellee.

Before WILLIAMS, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jay Jones appeals the district court clerk's order of default. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Jones seeks to appeal is neither

a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*